IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:25-cv-22551-DPG

OSCAR ORLANDO QUINTERO JAIMES,

    Petitioner,

v.

LUCERO MILEYDI GIL TAVERA,

    Respondent.

**MOTION TO APPEAR REMOTELY VIA ZOOM**

Petitioner Oscar Orlando Quintero Jaimes ("Petitioner" or the "Father"), by and through undersigned counsel, moves this Court for an order permitting the Father to appear remotely via zoom at the Show Cause Hearing scheduled in this matter for Friday, June 13, 2025 at 10:00am, and in support states:

1. On June 4, 2025, the Father filed in this Court a Verified Petition for Return of Child to Colombia and Issuance of Show Cause Order (the "Verified Petition") (DE 1) under The Convention on the Civil Aspects of International Child Abduction, done at the Hague on October 25, 1980 (the "Convention"), and the International Child Abduction Remedies Act, 22 U.S.C. § 9001 *et seq.* (2016) ("ICARA"), as a result of the wrongful retention by the Mother of JQG ("JQG" or the "Child") in the United States away from his habitual residence of Colombia.

2. On June 5, 2025, this Court issued a Show Cause Order (DE 6) ordering, *inter alia*, a show cause and initial scheduling hearing be held on Friday, June 13, 2025 at 10:00am. DE 6 ¶ 2. The Court ordered the Respondent to appear in person at the show cause hearing, *id.*, but did not require the Petitioner to appear at the hearing. *Id.* ¶ 6.

3. Petitioner would like to attend the show cause hearing, but resides in Colombia and does not have a visa to travel from Colombia to the United States. Therefore, Petitioner requests this Court's permission for him to attend the hearing, and participate if necessary, remotely via zoom.

4. Petitioner does not speak English. Should this Court grant the relief requested in this Motion, counsel for Petitioner will coordinate to have a Spanish-speaking interpreter present at the show cause hearing.

5. A proposed order, prepared in accordance with this Court's procedures and preferences, will be filed concurrently with this Motion.

WHEREFORE, Petitioner Oscar Orlando Quintero Jaimes respectfully requests this Court grant him permission to appear remotely via zoom at the show cause hearing scheduled for June 13, 2025 at 10:00am, and for such further relief as the Court deems just and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Counsel for Petitioner has not been able to confer with Respondent prior to filing this motion regarding the relief requested, as required under Southern District of Florida Local Rule 7.1(a)(3). Counsel for Petitioner received verbal confirmation from the United States Marshals Service that the Verified Petition for Return and Show Cause Order were served upon Respondent on June 9, 2025. Counsel for Petitioner has attempted to contact Respondent, but has been unable to reach her. Counsel for Petitioner does not know whether Respondent is represented by legal counsel.

Date: June 10, 2025

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

*/s/ Brian A. Briz*
Brian A. Briz

Florida Bar No. 657557
brian.briz@hklaw.com
Douglas H. Lehtinen
Florida Bar No. 126452
douglas.lehtinen@hklaw.com
Sydney B. Alexander
Florida Bar No. 1019569
sydney.alexander@hklaw.com
Alessandra M. Arencibia
Florida Bar No. 1059711
aly.arencibia@hklaw.com
701 Brickell Ave., Suite 3300
Miami, FL 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

**PAG Law, PLLC**
Brett A. Barfield
Florida Bar No. 192252
brett@pag.law
600 Brickell Avenue, Suite 1725
Miami, Florida 33131
Telephone: (786) 292-1599
Facsimile: (786) 373-7122

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*/s/ Brian Briz*
Brian A. Briz

3